UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NEMA GHAEMI BIDGOLI,

        Plaintiff,

  v.

PELICAN BAY STATE PRISON et al,

        Defendant.

Case Number: CV07-02898 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nema Ghaemi Bidgoli F-07987
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95532

Dated: June 8, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk